GRAHAM HILLS, INC., Respondent, *v.* THE NEW YORK
CENTRAL RAILROAD COMPANY, Appellant.

(Argued October 17, 1934; decided November 20, 1934.)

*Leo Manville, Frederick L. Wheeler* and *Clive C. Handy* for appellant.

*Stephen Holden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CROUCH, J. Not sitting: LEHMAN, J.